B 250B

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re Termano, LLC
**Debtor**

Bankruptcy Case No. 09-08457

Chapter 11

Termano, LLC
**Plaintiff**

v.

Anthony LaCara
**Defendant**

Adversary Proceeding No.
10-01231

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S. Dearborn<br>Chicago, IL 60604 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Forrest L. Ingram, P.C.<br>79 W. Monroe St., Suite 900<br>Chicago, IL 60603 |
|---|---|

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 742<br>Chicago, IL 60604 | Room 742 |
|---|---|---|
| | | Date and Time 7/15/2010 10:30 am |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner
Clerk of the Bankruptcy Court

JUN 0 8 2010

Date

By: _____
Deputy Clerk

**SEAL COPY**